RAJIV DHARNIDHARKA, CA Bar No. 234756
rajiv.dharnidharka@foley.com
JEANETTE BARZELAY, CA Bar No. 261780
Jeanette.barzelay@foley.com
LUPE LAGUNA, CA Bar No. 307156
Lupe.laguna@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

JOHN J. ATALLAH, CA Bar No. 294116
jatallah@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant TRINITY
BROADCASTING OF TEXAS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH SMITH, on behalf of herself and all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> TRINITY BROADCASTING OF TEXAS, INC. d/b/a TRINITY BROADCASTING NETWORK, <br><br> Defendant. | Case No. 8:24-cv-01046-JVS-ADS <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> FAC Filed:  June 20, 2024 <br> SAC File:  October 17, 2024 <br><br> Action Removed:  May 14, 2024 <br><br> District Judge: Hon. James V. Selna <br><br> Trial Date: October 14, 2025 |

1   **IT IS ORDERED** that the forgoing **STIPULATED PROTECTIVE ORDER**
2   is approved.

3

4   DATED: 12/20/2024

5

6                                          /s/ Autumn D. Spaeth
                                  _____
7                                 Hon. Autumn D. Spaeth
                                  U.S. Magistrate  Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28